# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

COLUMBUS CHRIS WILLIAMS
.

NO.   2020 KW 0117

**MAY 1 2 2020**

---

In Re:   Columbus Chris Williams, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 2004-423851.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

                              **PMc**
                              **JEW**
                              **GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT